# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **RAMON L. FERNANDEZ-MALAVE,**   ) | **Civil No. 05-1097 (DRD)** |
| Plaintiff                                                  ) | Criminal No. 97-076 (DRD) |
|                                                                ) | |
| v.                                                           ) | |
|                                                                ) | |
| **UNITED STATES**                            ) | |
| Defendant                                             ) | |
| _____) | |

## JUDGMENT

For the reasons set forth in the *Opinion and Order* (Docket No. 14) of this same date, Petitioner's *Motion to Vacate, Set Aside or Correct Criminal Sentence Pursuant to 28 U.S.C. 2255* (Docket No. 1) is hereby **DENIED.** Therefore, the instant case is hereby **DISMISSED WITH PREJUDICE**.

THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 30th day of June 2007.

S/ Daniel R. Dominguez
DANIEL R. DOMINGUEZ
U.S. District Judge