IN THE UNITED STATES DISTRICT COURT

UNITED STATES of AMERICA
Plaintiff - Respondent.

V.S.

Ramón Fernández Malavé
Defendant - Petitioner.

CASE NO: 97-cr-076-DRD

EX PARTE

RECEIVED & FILED
2008 JUN 13 PM 3:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Motion (18. USC) (3582) (c)(2)
Supreme Court

TO THE HONORABLE Court:

Now Comes, the Defendant-Petitioner, Ramón L. Fernández Malavé (Pro-see), pursuant to 18. USC § 3006A (C.J.A), request this Court appoint Counsel to prepare and file on his behalf, a Motion to Vacate, Set Aside or Correct Sentence pursuant (18. USC) (3582)(c)(2) for the following reasons: Supreme Court.

1- The Petitioner is unable to afford Counsel, and the issues involved in this case are Complex.

2- The Petitioner, does not speak, read or write any English, has only a limited School education, and has not legal education.

3- The Petitioner is being housed in the State Correctional Complex, Known as "El centro verde", in Ponce, Puerto Rico at a Maximum Security Section (23 hours-down), and is being denied "adequate assistance from persons trained in the law."

4- The Petitioner is being denied access to the Court in that he does not have access to a Constitutionally adequate law Law Library, which prevent him from access to legal Materials from the Federal Jurisdiction needed for this purposes.

Continue...

IV

5- The amount of Crack was Sentense with the amount they put I was Sent To Life and Supreme Court have a new law that I am alle To Apply and that why I'm Making this Motion to get help from a Counsel and I Could aet a dat To Court and take Cave this Case. (18, USC) (3582) (C)(2).

6- The Constitutional right of access to the Courts assures that prisoners have the tools they need in order to defend against Criminal charges, attack their Convictins and Sentences (directly) or Collaterally, and bring Civil rights Claims Challenging the Conditions of ther Confinement, See, e.g. Lewis V. Casey, 518. U.S. 343, 3,50-55, 116 S.Ct. 2174, 135 L. Ed 2d. 606 (1996).

7- Appointment of Counsel is a valid Means of fully Satisfying State's Constitutional obligation to provide prisoners with access to the Courts as required by Contitutional guarantees of aqual protection and due process. U.S.C.A. Const. Amends: 5, 14 See, also Bourdon V. Loughren, 386. F. 3d 88. (2d Cir. 2004)

8- that in his Motion to Set aside his Conviction or to Vacate his Sentence the Petitioner would alleges Some Apprendi/Blakely erro and that he was denied the effective assistance of Counsel guaranteed by the Sixth Amendment of the United States Constitution.

9- that in order to prove these Claims, which if proven would entitled the defendant-petitioner to the relief he Seeks, he Must have access To the Court. Due to the veality of Puerto Rico prisons System, without the Assistance of Counsel the defendant-petitioner will be precluded from presenting to this Court his Motion to Vacate;

Continue....

III

Set aside or correct Sentence, in violation of his "right to Sue and defend in the Courts." See e.g. Chambers v. Baltimore & Ohio R.R. Co., 207 U.S. 142, 148, 28 S. Ct. 34, 52 L. Ed. 143 (1907).

WHEREFORE The Defendant-Petitioner's Motion for appointment of Counsel to prepare and file on his behalf a Motion to vacate, Set aside or Correct Sentence Should be granted Supreme Court (18. U.S.C.) (3582) (c)(2)

RESPECTFULLY SUBMITTED.

Firma: Ramon L. Fernandez Malave

Ramon L. Fernandez Malave
Institucion Maxima Seguridad
PO Box 900 A5 #5021
Peñuelas PR 00624

11-Junio-08.
Dated.

Certification

I, Ramon L. Fernandez Malave - pro-see Certify under penalty of perjury that all the foregoing is true and Correct. 28 U.S.C. § 1746.

11-Junio-08.
Dated.

Firma Ramon L. Fernandez Malave

Ramon L. Fernandez Malave
Institucion Maxima Seguridad
PO Box 900 A5 #5021
Peñuelas PR 00624

I wich very respectfull that I get answer This Motion on Spanish because I don't Understand to Much English language.....