Ramón L. Fernandez Malavé
Int. Max. Ses.
P.O Box. 900 AS #5021.
Peñuelas P.R. 00624.

SAN JU[illegible] 09
12 JUN 20[illegible]

USA
1¢
Tiffany Lamp
2003

"LET US DARE TO READ,
THINK, SPEAK AND WRITE."
USA 41

Clerk 's office
United States District Court
Room #150 Federal Bldg.
San Juan P.R. 00918-1767.