From: Ramon L. Fernandez en Blast
Int. Max. Seg.
PO Box 900 MS #5021
Penuelas P.R. 00624

SAN JUAN PR 000
16 JUL 2008 PM 2 T

To: Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan P.R. 00918-1767