UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAMON L. FERNANDEZ-MALAVE<br><br>Defendant | CRIMINAL NO. 97-076-4  (DRD) |

# ORDER

In keeping with this Court's Administrative Directive, Misc. 08-031 (JAF), the Clerk has notified defendant's Motion for Reduction of Sentence to:

- the U.S. Attorney's Office - by CM/ECF notification to Supervisory AUSA Jeanette Mercado-Ríos (jeanette.mercado@usdoj.gov) and to AUSA José A. Ruiz-Santiago, Chief, Criminal Division (jose.ruiz@usdoj.gov).

- the U.S. Probation Office - by CM/ECF notification to USPO Zulma Basora (zulma_basora@prp.uscourts.gov) and USPO Belinda Zayas (belinda_zayas@prp.uscourts.gov).

The attorneys are reminded that the Court's Administrative Order requires that all filings be made restricted to "Selected Parties" and establishes the following timetable:

Order re Crack Cocaine Administrative Directive
Criminal Case No. 97-076 (DRD)

| Filer | Deadline |
|---|---|
| U.S. Probation Office | "Retroactivity Package" (PSR, J&C Order, Plea Agreement, Indictment, and Sentencing Transcript) and short recommendation- to filed **within 10 days** from receipt of notice of filing of motion seeking reduction |
| Federal Public Defender United States Attorney | Stipulated Recommendation to the Court - **within 10 days** after filing of "Retroactivity Package" and USPO recommendation |
| U.S. Probation Office | Final Recommendation - in the absence of Stipulated Recommendation, **within 5 days** of electronic notification to counsel |
| Federal Public Defender United States Attorney | Memoranda - each appearing counsel to file simultaneously **within 5 days** after filing of Final Recommendation |

BY ORDER OF THE COURT.

In San Juan, Puerto Rico, this 22nd day of July, 2008.

        FRANCES RIOS DE MORAN, ESQ.
        CLERK OF COURT

        S/ Rebecca Agostini-Viana
        Court Services Manager